(56 Misc. Rep. 121.)

### GRANIERI v. NEW YORK SHOE REPAIRING CO.

(City Court of New York, Special Term. October, 1907.)

COURTS—CITY COURT—ATTACHMENT—DOMESTIC CORPORATIONS—JURISDICTION.
Code Civ. Proc. § 636, providing for the issuance of an attachment against a domestic corporation, under section 3160, does not apply to the City Court.

Action by Michael Granieri against the New York Shoe Repairing Company. Motion to vacate attachment. Granted.

Catts & Catts, for the motion.
Samuel H. Golding, opposed.

O'DWYER, C. J. Section 3169, Code Civ. Proc., grants jurisdiction to the City Court in a proper case to issue a warrant of attachment against property in an action wherein the defendant is a foreign corporation or a natural person, and not otherwise. Section 636, Code Civ. Proc., provides for the issuance of an attachment against a domestic corporation, but that section of the Code does not apply to the City Court. Code Civ. Proc. § 3160. Motion to vacate attachment granted, with $10 costs.

Motion granted, with $10 costs.